IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN BALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.  03:10cv572-WHA |
| | ) | |
| UNUM GROUP CORPORATION, et al., | ) | (wo) |
| | ) | |
| Defendants. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the Memorandum Opinion and Order entered in this case on this date, Final Judgment is hereby entered in favor of Unum Group Corporation, AXA Equitable Company, and The Equitable Life Assurance Society of the United States, and against the Plaintiff, Allen Ball.

Costs are taxed against the Plaintiff.

Done this 20th day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE